**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

<u>Clayton Richard Gordon et al.</u>
    Plaintiff

                                                 CA No. 13-30146-PBS

       v.

<u>Secretary Janet Napolitano et al.</u>
    Defendant

**<u>SARIS, CJ</u>**

**<u>ORDER OF ADMINISTRATIVE STAY/CLOSING</u>**

It is hereby ordered that the above entitled case is stayed/closed administratively pending the decision of the <u>United States Supreme Court</u> in Nielsen v. Preap, No. 16-1363 and to avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the proceedings.

Dated: July 17, 2018                                                  /s/ Katelyn Coppola
                                                                        Deputy Clerk